[No. 21503–5–I.   Division One.   October 30, 1989.]

JOHN STEPHEN LEGG, *Respondent,* v. THE DEPARTMENT OF LICENSING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–09031–2, Edward Heavey, J., entered

November 25, 1987. *Reversed* by unpublished per curiam opinion.